UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF NEW
YORK

------------------------------------------------------------------x

In re:

ROMAN SLEDZIEJOWSKI,

    Debtor.

------------------------------------------------------------------x

MARIANNE T. O'TOOLE, as Chapter 7 Trustee
of the estate of Roman Sledziejowski,

    Plaintiff,

-against-

MONIKA WROBEL, RML DEVELOPMENT, INC.,
JACRS, LLC, MLR DEVELOPMENT, INC., POL
MARKETING, INC., JERZY SLEDZIEJOWSKI,
ELZBIETA SLEDZIEJOWSKI, PAUL FOLKES, IRA
S. KARABA, VIET HA DO, LAWRENCE W.
JACKSON, ESQ., JANE DOE "1" through "10" and
JOHN DOE "1" through "10",

    Defendants.

------------------------------------------------------------------x

Chapter 7

Case No. 13-22050 (RDD)

Adv. Pro. No.: 13- 8317 (SHL)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2013, true and correct copies of the ANSWER OF DEFENDANT IRA KARABA were served (i) via Federal Express upon the Chambers of the Honorable Sean H. Lane, United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street Room 248 White Plains, NY 10601; (ii) via United States first class mail, postage prepaid, upon the parties listed on the Master Service List attached hereto as Exhibit "A".

DATED:    SANDY SPRINGS, GEORGIA
                SEPTEMBER 23, 2013

                                                                    Respectfully submitted,

By: __/S/ Ira S. Karaba__

Ira S. Karaba pro se
789 Hammond Dr NE Apt3201
Sandy Springs, GA 30328
678-825-4725
ira.karaba@gmail.com

### *EXHIBIT A: SERVICE LIST*

LaMonica Herbst & Maniscalco
3305 Jerusalem Avenue
Wantagh, New York 11793
Attn.:   Joseph Maniscalco, Esq.
           Holly Rai, Esq.

DelBello Donnellan Weingarten
Wise & Wiederkehr, LLP
Rattet Pasternak Bankruptcy Practice Group
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
Attn.  Erica Feynman-Aisner, Esq.

David M. Banker, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020

Todd S. Cushner, Esq.
Garvey Tirelli & Cushner Ltd.
50 Main Street, Suite 390
White Plains, NY 10606

Lawrence M. Gottlieb, Esq.
Hass & Gottlieb
670 White Plains Road. Suite 121
Scarsdale, New York 10583

Barry M. Kazan, Esq.
Thompson Hine LLP
335 Madison Avenue
New York, New York 10017

Prassana Mahadeva, Esq.
Mahadeva PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601

Lawrence R. Reich, Esq. Nicholas A. Pasalides
Reich, Reich & Reich, P.C.
235 Main Street, Suite 450
White Plains, New York 10601

David L. Tillem
Wilson, Elser, Moskowitz, Edelman
& Dicker
1133 Westchester Avenue
White Plains, NY 10604