UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                                                              Chapter 7

ROMAN SLEDZIEJOWSKI,                                                     Case No.: 13-22050 (RDD)

               Debtor.
------------------------------------------------------------------x
MARIANNE T. O'TOOLE, as Chapter 7 Trustee
of the estate of Roman Sledziejowski,

               Plaintiff,                                              Adv. Pro. No.: 13-08317 (SHL)

-against-

MONIKA WROBEL, RML DEVELOPMENT, INC.,
JACRS, LLC, MLR DEVELOPMENT, INC., POL
MARKETING, INC., JERZY SLEDZIEJOWSKI,
ELZBIETA SLEDZIEJOWSKI, PAUL FOLKES, IRA
S. KARABA, VIET HA DO, LAWRENCE W.
JACKSON, ESQ., JANE DOE "1" through "10" and
JOHN DOE "1" through "10",

               Defendants.
------------------------------------------------------------------x
In re:                                                                                              Chapter 7

INNOVEST HOLDINGS, LLC,                                              Case No.: 13-22748 (RDD)

               Debtor.
------------------------------------------------------------------x
MARIANNE T. O'TOOLE, CHAPTER 7 TRUSTEE
OF THE ESTATE OF INNOVEST HOLDINGS, LLC,

               Plaintiff,                                              Adv. Pro. No.: 14-08208 (SHL)

-against-

POL MARKETING, INC., JERZY SLEDZIEJOWSKI,
and MONIKA WROBEL,

               Defendants.
------------------------------------------------------------------x

**ORDER SCHEDULING A HEARING ON SHORTENED NOTICE OF MOTION
SEEKING ENTRY OF ORDERS: (I) SCHEDULING HEARING ON SHORTENED
NOTICE OF TRUSTEE'S MOTION; AND (II) APPROVING, UNDER BANKRUPTCY
RULE 9019(a), STIPULATION OF SETTLEMENT BETWEEN CHAPTER 7 TRUSTEE
<u>AND MONIKA WROBEL</u>**

Upon the motion (the "Motion") of Marianne T. O'Toole, as Chapter 7 Trustee (the "Trustee") of the estates of Roman Sledziejowski and Innovest Holdings, LLC (together, the "Debtors") seeking the entry of Orders: (I) scheduling a hearing on shortened notice; and (II)(a) approving the stipulation of settlement (the "Stipulation") between the Trustee and Monica Wrobel ("Wrobel and, together with the Trustee, the "Parties"); and (b) granting such other and further relief as the Court deems just and proper, now, therefore, it is hereby

**ORDERED**, that the hearing on the Motion shall be held on shortened notice before the Honorable Sean H. Lane, United States Bankruptcy Judge at the United States Bankruptcy Court located at 300 Quarropas Street, White Plains, New York 10601-4140 on the **8th day of May 2015, at 11:00 a.m.**, or as soon thereafter as counsel may be heard (the "Hearing"), to consider the relief requested in the Motion; and, it is further

**ORDERED**, that a copy of this Order and the Motion shall be served by overnight mail *and electronic mail or facsimile where possible* on or before April 29, 2015 upon: (i) Wrobel, through her counsel; (ii) Roman Sledziejowski, through his counsel of record; (iii) Innovest Holdings, LLC, through its counsel of record; (iv) the Office of the United States Trustee; (v) any party in interest that has filed a request for special notice or a notice of appearance pursuant to Bankruptcy Rule 2002 in the Debtors' cases; (vi) applicable taxing authorities; and (viii) all known creditors of the Debtors, and such service shall be deemed good and sufficient notice of the Hearing and the relief sought by the Trustee; and, it is further

**ORDERED**, responsive papers, if any, must be in writing, conform with the Bankruptcy Code and Bankruptcy Rules, state with particularity the grounds therefore and be filed electronically with the Court, with a courtesy copy to the Chambers of the Sean H. Lane, and served upon: (i) LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Suite 201, Wantagh, New York 11793-2028, Attention: Holly R. Holecek, Esq.; and (ii) Marianne T.

O'Toole, as Trustee, 20 Valley Road, Suite One, Katonah, New York 10536 on or before May 6, 2015 by 12:00 p.m.; and, it is further

**ORDERED**, that proof of service in accordance with this Order shall be filed with the Court prior to the Hearing; and, it is further

**ORDERED**, that the Trustee is authorized and directed to take such steps, execute such documents and expend such funds as may be reasonably necessary to effectuate and implement the terms and conditions of this Order.

Dated: April 28, 2015
      New York, New York

                                          */s/ Sean H. Lane*
                                          Honorable Sean H. Lane
                                          United States Bankruptcy Judge