HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Hanh V. Huynh
Ross L. Hirsch
Two Park Avenue
New York, NY  10016
(212) 592-1400
(212) 592-1500
sselbst@herrick.com
hhuynh@herrick.com
rhirsch@herrick.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 7 |
| ROMAN SLEDZIEJOWSKI, | Case No.: 13-22050 (RDD) |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MARIANNE T. O'TOOLE, as Chapter 7 Trustee of the estate of Roman Sledziejowski, | |
| Plaintiff, | |
| -against- | Adv. Pro. No. 13-8317 (SHL) |
| MONIKA WROBEL, RML DEVELOPMENT, INC., JACRS, LLC, MLR DEVELOPMENT, INC., POL MARKETING, INC., JERZY SLEDZIEJOWSKI, ELZBIETA SLEDZIEJOWSKI, PAUL FOLKES, IRA S. KARABA, VIET HA DO, LAWRENCE W. JACKSON, ESQ., JANE DOE "1" through "10" and JOHN DOE "1" through "10", | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND REQUEST
<u>FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that the undersigned appears as counsel for PPJ CAPITAL, INC. (the "Notice Party"), and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, requests that all notices given or required to be given in this the above-captioned adversary proceeding, be given to and served upon the undersigned at the address set forth below:

> HERRICK, FEINSTEIN LLP
> Stephen B. Selbst
> Hanh V. Huynh
> Ross L. Hirsch
> Two Park Avenue
> New York, NY  10016
> (212) 592-1400
> sselbst@herrick.com
> hhuynh@herrick.com
> rhirsch@herrick.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive or be deemed or construed to waive any right of the Notice Party, including without limitation its right (i) to have final orders in non-core matters entered only after de novo review by a higher court, (ii) to trial by jury in any proceeding or matter in this case, or any case, controversy or proceeding related to this case, whether or not the same be designated legal or private rights, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, and/or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Notice Party is or may be entitled under agreements, in law or in equity or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and preserved unto the Notice Party without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: New York, New York
      August 10, 2015               HERRICK, FEINSTEIN LLP

By:   */s/ Hanh V. Huynh*
        Hanh V. Huynh
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
*hhuynh@herrick.com*

## **CERTIFICATION OF SERVICE**

I, Hanh V. Huynh, hereby certify that I caused a true and correct copy of the foregoing document to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

By: */s/Hanh V. Huynh*
Hanh V. Huynh